No. 90–988. MANOCCHIO v. MORAN, DIRECTOR, RHODE IS-LAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–1134. MISSOURI v. URBAN. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1446. MISSISSIPPI v. TURNER. Sup. Ct. Miss. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1265. OSHATZ v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1396. BARNETT BANKS, INC., ET AL. v. KONSTAND ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1434. PRIDE ET AL. v. VENANGO RIVER CORP. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1401. ANR PIPELINE CO. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS (EXXON CORP., REAL PARTY IN INTEREST). C. A. 5th Cir. Motions of American Gas Association et al. and Michigan Consolidated Gas Co. et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 90–7096. FRANCIS v. DUGGER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari, vacate the judgment, and remand the case for further consideration in light of *Parker* v. *Dugger,* 498 U. S. 308 (1991).

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentence in this case.